BARR & SHOULBERG, Respondent, v. YELLOW TAXI CORPORATION and Another, Appellants.*

Supreme Court, Appellate Term, First Department, November 16, 1933.

*James A. Doherty*, for the appellants.

*Maslon & Shapiro*, for the respondent.

PER CURIAM. While we do not think that the ordinance has any bearing on the case we consider that there was no error in ordering a new trial. Defendants, having received the goods from plaintiff and having without authority delivered them to a stranger, were liable as matter of law.

Order affirmed, with twenty-five dollars costs to respondent to abide the event.

All concur; present, LYDON, LEVY and CALLAHAN, JJ.

* Affg. 148 Misc. 855.